IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NO.:  5:15-cv-583-F

| | | |
|---|---|---|
| ADOLPHO BEASLEY, JONATHAN CLARK and | ) | |
| CALVIN MCINTYRE , individually and on behalf | ) | |
| of all others  similarly situated | ) | **ORDER FOR DISCOVERY PLAN** |
| | ) | |
| v. | ) | |
| | ) | |
| PORTFOLIO RECOVERY ASSOCIATES, LLC | ) | |

        Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the Court will enter a scheduling order in this case**. The Rule 26(f) meeting must occur by** 2/20/2016         **.**  The attorneys of record and all unrepresented parties that have appeared in the case are jointly responsible for arranging the conference and for attempting in good faith to agree on the proposed discovery plan.  **The discovery plan must be submitted to the Court within fourteen (14) days after the 26(f) meeting.**

        Please confer with opposing counsel and present to the Court a discovery plan in accordance with Form 52.  Pursuant to Rule 16(b), the planning meeting required by F.R.Civ.P. 26(f) and the discovery plan contemplated by this request are a mandatory part of the process of formulating a scheduling order. If counsel cannot agree on a discovery plan, please submit your respective positions to the Clerk of Court, and the Court will resolve the disputed issues.  Following court approval, modifications of the scheduling order will be allowed only by motion and for good cause shown.

        **Mandatory initial disclosures must be made within fourteen (14) days after the Rule 26(f) conference** unless (1) a different time is set by stipulation of parties or court order, or (2) a party objects during the 26(f) conference and states the objection and the response thereto in the discovery plan. Absent a stipulation or court order, any party first served or otherwise joined after the 26(f) conference must make these disclosures within thirty (30) days after being served or joined.  Failure to disclose information required by Rule 26(a) or 26(e)(1) may subject the offending party or parties to sanctions pursuant to Rule 37, F.R.Civ.P.

        Note that Local Rule 7.1 requires that all motions (except those relating to the admissibility of evidence at trial) must be filed within 30 days after the conclusion of discovery.  Untimely motions may be summarily denied.  Also, note that cases are currently being docketed for trial 60 to 90 days after discovery expires with a final pretrial conference scheduled approximately two weeks prior to trial.

        **This district now mandates mediation, pursuant to Local ADR Rule 101, for civil cases in specified categories.**  Refer to Local ADR Rule 101.1a and other relevant rules to determine the applicability of the mediation requirement to this case.  **The parties in cases subject to mandatory mediation must discuss mediation plans at the 26(f) conference and report their plans in the discovery plan, pursuant to Local ADR Rule 101.1a(b).**

        SO ORDERED this the 20th  day  of January , 2016 .

                                                        /s/   Julie Richards Johnston
                                                              Clerk of Court

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
_____ **DIVISION**

```
)          NO._____
)
)
)
)          DISCOVERY PLAN
)
)
)
```

1.      Pursuant to Fed. R. Civ. P. 26(f), a meeting was held on ____(date)____ at ___

(place)____ and was attended by:

    _(name)_____ for plaintiff(s)

    _(name)_____ for defendant(s) _(Party name)_

    _(name)_____ for defendant(s) _(Party name)_

2.      **Pre-Discovery Disclosures.** The parties [have exchanged] [will exchange] by _(date)_

_ the information required by [Fed. R. Civ. P. 26(a)(1)] [local rule ____].

3.      **Discovery Plan.** The parties jointly propose to the court the following discovery plan:

[Use separate paragraphs or subparagraphs as necessary if parties disagree.]

Discovery will be needed on the following subjects:

_(brief description of subjects on which discovery will be needed)_

_____.

Disclosure or discovery of electronically stored information should be handled as follows:

(brief description of parties' proposal)_____

_____.

The parties have agreed to an order regarding claims of privilege or of protection as trial

preparation material asserted after production, as follows: (brief description of provisions of

proposed order)_____

All discovery commenced in time to be completed by _(date)_. [Discovery on _(issue for early discovery)_ to be completed by _(date)_.]

Maximum of ___ interrogatories by each party to any other party. [Responses due ___ days after service.]

Maximum of ___ requests for admission by each party to any other party. [Responses due ___ days after service.]

Maximum of ___ depositions by plaintiff(s) and ___ by defendant(s).

Each deposition [other than of _____] limited to maximum of __ hours unless extended by agreement of parties.

Reports from retained experts under Rule 26(a)(2) due:

from plaintiff(s) by _(date)_ from defendant(s) by _(date)_

Supplementations under Rule 26(e) due _____(times(s) or interval(s))._

4. **Other Items.** [Use separate paragraphs or subparagraphs as necessary if parties disagree.]

The parties [request] [do not request] a conference with the court before the entry of the scheduling order.

The parties request a pretrial conference in _(month and year)_.

Plaintiff(s) should be allowed until _(date)_ to join additional parties and until _(date)_ to amend the pleadings.

Defendant(s) should be allowed until _(date)_ to join additional parties and until _(date)_ to amend the pleadings.

All potentially dispositive motions should be filed by _(date)_.

Settlement [is likely] [is unlikely] [cannot be evaluated prior to _(date)_] [may be enhanced by use of the following alternative dispute resolution procedure: [_____].

Final lists of witnesses and exhibits under Rule 26(a)(3) should be due from plaintiff(s)___ _(date)_ from defendant(s) by _(date)_.

Parties should have _____ days after service of final lists of witnesses and exhibits to list objections under Rule 26(a)(3).

The case should be ready for trial by __(date)__ [and at this time is expected to take approximately __(length of time)_____ .

Other matters. _____

Date:_____

_____
Attorney for plaintiff(s)

_____
Attorney for defendant(s)

_____

_____