IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CIVIL ACTION NO. 5:15-CV-00583-F

| | |
|---|---|
| ADOLPHO BEASLEY, JOHNATHAN CLARK, and CALVIN MCINTYRE, individually and on behalf of all persons similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CUSTOM COMMUNICATIONS, INC.,<br><br>Defendant. | **JOINT MOTION TO EXTEND DEADLINE FOR THE PARTIES TO SUBMIT THEIR DISCOVERY PLAN** |

COME NOW the parties, by and through their undersigned counsel, and move the Court to extend the deadline to submit a discovery plan to the Court until such time as the Court has ruled on Plaintiffs' Motion to Allow Notice to Be Sent to Potential Plaintiffs Informing Them of Their Right to Opt-In to This Case Under the Fair Labor Standards Act, 29 U.S.C. § 216(b) ("Motion to Allow Notice"). In support of this motion, the parties show the Court the following:

1. On January 20, 2016, the Court entered an Order for Discovery Plan in this case which required the parties to conduct a Rule 26(f) meeting on or before February 20, 2016 and to submit a proposed discovery within fourteen days thereafter.

2. On February 12, 2016, Plaintiffs filed their Motion to Allow Notice and supporting Memorandum asking the Court to facilitate Court-approved notice of the present action to all current and former Technicians of Defendant who were classified as independent contractors between February 12, 2013 and the present. The deadline for Defendant to respond

to this Motion to Allow Notice is March 18, 2016. Plaintiffs will then have an opportunity to file their Reply in support of their Motion.

3. Counsel for the parties conducted a Rule 26(f) meeting via teleconference on February 18, 2016 to discuss the scope of discovery and proposed deadlines to be included in the discovery plan. The time for the parties to submit a discovery plan pursuant to the Court's Order has not expired.

4. The parties agree that the scope of discovery, the length of the discovery period, and the deadlines to file various motions and pretrial pleadings will depend in large part on the Court's decision on Plaintiffs' Motion to Allow Notice. As such, they respectfully request that the Court extend the time for the parties to submit their discovery plan to the Court until after the Court has ruled on Plaintiffs' Motion to Allow Notice.

5. Specifically, the parties ask the Court to modify the Order for Discovery Plan to allow them to conduct a discovery conference within 21 days of the Court's decision on the Motion to Allow Notice and to submit their proposed discovery plan within 14 days after said discovery conference.

6. The parties have stipulated that they will exchange their initial disclosures by or before April 1, 2016, and that discovery shall commence immediately following the discovery conference held following the Court's decision.

7. This motion is made in good faith and not for the purpose of delay.

WHEREFORE, the parties respectfully move the Court for an Order allowing them to conduct a discovery conference within 21 days of the Court's decision on the Motion to Allow Notice and to submit their proposed discovery plan within 14 days after said discovery conference.

Dated: March 2, 2016

Respectfully submitted,

BERGER & MONTAGUE, P.C.

WOOLF, MCCLANE, BRIGHT, ALLEN & CARPENTER

/s/ Sarah R. Schalman-Bergen
Shanon J. Carson
Sarah R. Schalman-Bergen
Alexandra K. Piazza
Camille Fundora
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
Telephone: (215) 875-3000
Facsimile: (215) 875-4604
scarson@bm.net
sschalman-bergen@bm.net
apiazza@bm.net
cfundora@bm.net

Harold Lichten
(*pro hac vice* admission anticipated)
Benjamin J. Weber
(*pro hac vice* admission anticipated)
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston St., Suite 2000
Boston, MA 02116
Telephone: (617) 994-5800
Facsimile: (617) 994-5801
hlichten@llrlaw.com
bweber@llrlaw.com

David E. Rothstein
ROTHSTEIN LAW FIRM, PA
1312 Augusta Street
Greenville, SC 29605
Telephone: (864) 438-0969
Facsimile: (864) 324-2497
derothstein@mindspring.com

*Attorneys for Plaintiffs
and the Proposed Classes*

/s/ J. Keith Coates , Jr.
J. Keith Coates , Jr.
Woolf, McClane, Bright, Allen & Carpenter
900 Riverview Tower
900 S. Gay Street
Knoxville, TN 37901
Telephone: (865) 215-1000
Fax: (865) 215-1001
kcoates@wmbac.com

David C. Lindsay
Matthew David Duncan
K&L Gates LLP
4350 Lassiter at North Hills Ave., Suite 300
P.O. Box 17047
Raleigh, NC 27619-7047
Telephone: (919) 743-7304
Fax: (919) 516-2004
david.lindsay@klgates.com
matthew.d.duncan@klgates.com

*Attorneys for Defendant*