IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CIVIL ACTION NO. 5:15-CV-00583-F

| ADOLPHO BEASLEY, JOHNATHAN CLARK, and CALVIN MCINTYRE, individually and on behalf of all persons similarly situated, Plaintiffs, v. CUSTOM COMMUNICATIONS, INC., Defendant. | ORDER |
|---|---|

Upon motion of the parties, through counsel and for good cause shown, it is ORDERED that the parties are to conduct a discovery conference within 21 days of the Court's decision on Plaintiff's Motion to Allow Notice to Be Sent to Potential Plaintiffs Informing Them of Their Right to Opt-In to This Case Under the Fair Labor Standards Act, 29 U.S.C. § 216(b) and are to submit their proposed discovery plan within 14 days after said discovery conference.

IT IS SO ORDERED

This the 7 day of March, 2016.

Robert B. Jones, Jr.
United States Magistrate Judge